IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEBRA FOSTER,

      Appellant,

v.

BANK OF AMERICA, N. A.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0520

Opinion filed March 2, 2015.

An appeal from an order of the Circuit Court for Holmes County.
Christopher N. Patterson, Judge.

Charles M. Wynn and Andrew P. Gause of Charles M. Wynn Law Offices, P.A.,
Marianna, for Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

ROWE, MAKAR, and OSTERHAUS, JJ., CONCUR.